**BACHNER & ASSOCIATES, P.C.**
ATTORNEYS AT LAW
26 BROADWAY
SUITE 2310
NEW YORK, NEW YORK 10004

TELEPHONE: (212) 344-7778
FACSIMILE: (212) 344-7774

www.bhlawfirm.com
www.bachnerlaw.com

MICHAEL F. BACHNER*

SCOTT J. SPLITTGERBER**
STEVEN J. WACHTEL*

*ALSO ADMITTED IN NJ
**ALSO ADMITTED IN ILLINOIS

NEW JERSEY OFFICE
175 FAIRFIELD AVENUE
SUITE 3D
WEST CALDWELL, N.J. 07006
TEL: (973) 403-9550

June 29, 2011

**Via ECF**
Hon. Dora L. Irizarry
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

      **RE:**    Spongetech Delivery Systems, Inc. Securities Class Action
                 Civil Action Number: 10-cv-04104-DLI-JMA

Dear Honorable Judge Irizarry:

      Our office represents Defendant Steven Moskowitz in the above-referenced action. On September 20, 2010, Defendant Michael Metter filed a Motion to Stay and a Memorandum in Support thereof [Docket Nos. 78 and 80] ("Motion to Stay"). The Motion to Stay sought a stay of this matter while a related criminal action against Messrs. Metter and Moskowitz is pending.

      Subsequently, on November 2, 2010, Mr. Moskowitz joined the Motion to Stay [Docket No. 92]. And, on November 3, 2010, Plaintiff filed a Memorandum in Opposition to the Motion to Stay [Docket No. 93]. On November 17, 2010, Metter withdrew his Motion to Stay [Docket No. 96]. And, on November 24, 2010, Moskowitz filed a Reply in Support of the Motion to Stay [Docket No. 97].

      Mr. Moskowitz hereby withdraws his Motion to Stay.

Respectfully submitted,

*Michael Bachner* (JW)

Michael F. Bachner

cc:    All Counsel